# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 2:25-cr-20236-SHL |
| ) | |
| DEANDRE MARTIN ) | |
| ) | |
| Defendant. ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Deandre Martin, <u>FBI# 584743XD1</u>, now being detained in the Shelby County Jail, appear before <u>Honorable Annie T. Christoff, October 14, 2025, at 1:30pm for Initial Appearance</u> and for such other appearances as this Court may direct.

Respectfully submitted this <u>29th</u> day of <u>September 2025.</u>

<i>s/ Jermal S. Blanchard</i><br>
<b>Jermal S. Blanchard</b><br>
<b>Assistant U. S. Attorney</b>

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Deandre Martin, <u>FBI# 584743XD1</u>, appear before the Annie T. Christoff at the date and time aforementioned.

ENTERED this <u>3rd</u> day of <u>October, 2025.</u>

s/Charmiane G. Claxton<br>
<b>Honorable Charmiane G. Claxton</b><br>
<b>United States Magistrate Judge</b>

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."